DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Bates<br><br>Case below:<br>Yadkin County<br>Superior Court | No. 145A91-5 | 1. Def's Motion for Emergency Stay of Execution<br><br>2. Def's PWC to Review the Order of the Superior Court<br><br>3. Def's Motion to Allow Opportunity to Amend Motion for Appropriate Relief<br><br>4. Def's Motion for Additional Time to Amend Motion for Appropriate Relief | 1. Denied<br>**09/24/03**<br><br>2. Denied<br>**09/24/03**<br><br>3. Denied<br>**09/24/03**<br><br>4. Denied<br>**09/24/03** |
| State v. Burgess<br><br>Case below:<br>149 N.C. App. 976 | No. 400P03 | Def's PWC to Review the Decision of the COA (COA00-1391) | Denied |
| State v. Castor<br><br>Case below:<br>150 N.C. App. 17 | No. 464P03 | 1. Def's PWC to Review the Decision of the COA (COA01-479) (Filed as Motion for Belated Appeal)<br><br>2. Def's Motion for Belated Appeal | 1. Denied<br><br><br>2. Dismissed ex mero motu |
| State v. Chambers<br><br>Case below:<br>159 N.C. App. 467 | No. 506P03 | Def's PWC to Review the Decision of the COA (COA02-1472) | Denied |
| State v. Deal<br><br>Case below:<br>157 N.C. App. 574 | No. 300A03 | 1. Def's NOA Based Upon a Constitutional Question (C0A02-811)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed |
| State v. Fredrick<br><br>Case below:<br>158 N.C. App. 313 | No. 363P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-237) | Denied |
| State v. Gillis<br><br>Case below:<br>158 N.C. App. 48 | No. 320P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-638) | Denied |
| State v. Givens<br><br>Case below:<br>158 N.C. App. 745 | No. 412P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-876)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |